SHORT RECORD
NO. 25-2017
FILED 06/12/2025

APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

Case # 3:25-CV-00161

FILED/REC'D
2025 JUN 12 A 10:02
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

United States District Court for the Western District of Wisconsin

A. B.,  Joseph Zloza

Plaintiff(s),

v.

C.D.,

Defendant(s) 47 defendents
U.S Government

File Number _____

Notice of Appeal

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the __7th__ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the __7th__ day of __June__, __2025__

(s) Joseph Zloza
Attorney for Joseph Zloza
Address: W7723 Silvernagel rd
New Lisbon, WI 53950

* See Rule 3(c) for permissible ways of identifying appellants.

# U.S. District Court

## Western District of Wisconsin

**Notice of Electronic Filing**

The following transaction was entered on 5/12/2025 at 8:03 AM CDT and filed on 5/12/2025
**Case Name:** Zloza, Joseph v. City of New Lisbon, WI et al
**Case Number:** 3:25-cv-00161-wmc
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
**\*\* TEXT ONLY ORDER \*\***
**In accordance with the court's July 31, 2023 order in several of Zloza's previous cases, Zloza's recent complaints have been routed to and reviewed by chambers and are now summarily DISMISSED because they are legally frivolous, they fail to state any federal claim upon which relief may be granted, or because Zloza is suing defendants (including judges and courthouses) that may not be sued for monetary relief. In each of these complaints, Zloza either repeats allegations he raised in previously dismissed cases, often about events that occurred decades ago, or makes complaints that cannot be resolved in a federal court. Signed by District Judge William M. Conley on 5/10/2025. (voc),(ps)**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH ZLOZA,

    Plaintiff,

v.

                                                                 Case No. 25-cv-161-wmc

CITY OF NEW LISBON, WI, *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants against the plaintiff dismissing this case.

/s/ Deputy Clerk                                                     5/12/2025

Joel Turner, Clerk of Court                                       Date

APPEAL, CLOSED, PRO_SE,

# U.S. District Court
# Western District of Wisconsin (Madison)
# CIVIL DOCKET FOR CASE #: 3:25−cv−00161−wmc

Zloza, Joseph v. City of New Lisbon, WI et al
Assigned to: District Judge William M. Conley
Referred to: Magistrate Judge Anita Marie Boor
Cause: 28:1983 Civil Rights

Date Filed: 02/28/2025
Date Terminated: 05/12/2025
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Joseph Zloza**　　　represented by　**Joseph Zloza**
W7723 Silvernagel Road
New Lisbon, WI 53950
608−547−1818
PRO SE

V.

**Defendant**

**City of New Lisbon, WI**

**Defendant**

**City of Mauston, WI**

**Defendant**

**City of Beloit, WI**

**Defendant**

**Division of Criminal Investigation of Wisconsin**

**Defendant**

**State of Wisconsin**

**Defendant**

**Wisconsin State Patrol**

**Defendant**

**City of Holland Michigan**

**Defendant**

**Michigan state police**

**Defendant**

**City of Cedar Rapids Iowa Police Department**

**Defendant**

**Utah State Police**

**Defendant**

**Millard County Sheriff in Delta Utah, United States of America**

**Defendant**

**Juneau County staff**

**Defendant**

**FBI**

**Defendant**

**Department of Navy**

**Defendant**

**Wabash National**

**Defendant**

**Delta Fabrication and Machine**

**Defendant**

**Carl A. Nelson**

**Defendant**

**The Industrial Company**
*(Premises liability from TIC, Intermountain power service corporation)*

**Defendant**

**Blattner Energy**
*(premises liability by Alliant Energy)*

**Defendant**

**Chicago Bridge and Iron**

**Defendant**

**Michigan Federal Court**

**Defendant**

**Bengal Crane and Rigging**

**Defendant**

**Borton Silo or whatever company that guy worked for**

**Defendant**

**Pro CDL**

**Defendant**

**St. Marys Hospital**

**Defendant**

**Mile Bluff Emergency**

**Defendant**

**The Zachary Group**

**Defendant**

**Federal Courts of Washington and Utah**

**Defendant**

**Court of Appeals of the 7th Circuit**

**Defendant**

**OCI Nitrogen Plant (the changed name)**

**Defendant**

**Pfizer**

**Defendant**

**Eli Lilly and Company**

**Defendant**

**Mile Bluff Medical**

**Defendant**

**Ideal Crane Rental, Inc.**

**Defendant**

**Progressive**

**Defendant**

**State Farm for liability insurance**

**Defendant**

**Reynolds Construction and Crane Industry experts**

**Defendant**

**Old Spice**

**Defendant**

**Hanes**

**Defendant**

**City of Necedah WI**

**Defendant**

**Synergy Labor Solutions (unknown in green bay for premises liability)**

**Defendant**

**US Department of Justice**

**Defendant**

**OLR of Wisconsin**

**Defendant**

**Google**

**Defendant**

**Madison Federal Court**

**Defendant**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2025 | 1 | COMPLAINT against All Defendants, filed (unsigned) by Joseph Zloza. (Case non−randomly assigned to District Judge William M. Conley.) (Attachments: # 1 Envelope) (nln) (Entered: 02/28/2025) |
| 02/28/2025 |  | Restricted Filer Review. (nln) (Entered: 02/28/2025) |
| 05/12/2025 | 2 | ** TEXT ONLY ORDER **<br>In accordance with the court's July 31, 2023 order in several of Zloza's previous cases, Zloza's recent complaints have been routed to and reviewed by chambers and are now summarily DISMISSED because they are legally frivolous, they fail to state any federal claim upon which relief may be granted, or because Zloza is suing defendants (including judges and courthouses) that may not be sued for monetary relief. In each of these complaints, Zloza either repeats allegations he raised in previously dismissed cases, often about events that occurred decades ago, or makes complaints that cannot be resolved in a federal court. Signed by District Judge William M. Conley on 5/10/2025. (voc),(ps) (Entered: 05/12/2025) |
| 05/12/2025 | 3 | JUDGMENT entered in favor of defendants dismissing the case. (nln),(ps) (Entered: 05/12/2025) |
| 06/12/2025 | 4 | NOTICE OF APPEAL as to 2 Order dismissing the case and 3 Judgment. $605 fee or motion for ifp due. No Docketing Statement filed. (Attachments:<br># 1 Envelope) (jls),(ps) (Entered: 06/12/2025) |
| 06/12/2025 |  | Appeal Information Packet attached. (jls),(ps) (Entered: 06/12/2025) |
| 06/12/2025 | 5 | Transmission of Notice of Appeal, Docket Sheet and Judgment to Seventh Circuit Court of Appeals re 4 Notice of Appeal. (Attachments:<br># 1 Dismissal Order,<br># 2 Judgment,<br># 3 Docket Sheet) (jls),(ps) (Entered: 06/12/2025) |